CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 24 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SCOTT MARSHALL THOMAS DAWYOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 7:15cv676 |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | By: Michael F. Urbanski |
| Commissioner of Social Security, ) | Chief United States District Judge |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 17) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 21) is **GRANTED**, the report and recommendation (ECF No. 25) is **ADOPTED in its entirety**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED**.

Entered: 07-24-2017

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge